# United States District Court

FILED
4/10/2015
_____ LAND, CLERK
U.S. DISTRICT COURT
By _____
DEPUTY

EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | 1:15-MJ- 81-KFG |

IAN CHRISTIAN ANDERSON

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about February 14, 2015, in the Eastern District of Texas, IAN CHRISTIAN ANDERSON, did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with an individual younger than 18 years of age, in violation of 18 USC 2423(b).

I further state that I am a Special Agent with the FBI and that this complaint is based on the following facts:   See Attached Affidavit.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence, on April __10_, 2015, in Beaumont, Texas.

_____
HONORABLE KEITH GIBLIN
UNITED STATES MAGISTRATE JUDGE