Sharon Sarchiapone
1230 Poplar Ave.
Baltimore, MD  21227

1:15cr69

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 1 6 2016

BY
DEPUTY_____

February 3, 2016

The Honorable Marcia A. Crone
District Judge
The Jack Brooks Federal Building and
United States Courthouse
300 Willow Street
Suite 239
Beaumont, TX 77701

Motion for Return of seized Property

Reference:   Ian C. Anderson

Dear Judge Crone:

Attached is the list of seized property belonging to Ian C. Anderson.  I would like to request that all property not used as evidence be returned following his sentencing.  Property should be sent to my attention to the above address.  Thank you.

Respectfully,

*Sharon Sarchiapone*

Sharon Sarchiapone
Mother of Ian C. Anderson
410-782-9586

Attachment

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305B-HO-6239585

On (date) April 14, 2015

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ian Anderson
(Street Address) 101 Meadow Rd
(City) Owings Mills, MD 21117

Description of Item(s):

1. Apple IPhone Model A1586, IMEI 352065064101081 w/ charger.
2. Five (5) multicolored ropes, Two (2) sets of Black Handcuffs w/ keys, one set pink/black panties/bra, misc. restraints and sexual devices in a Black 2. Pezen Bag.
3. One Black Journal
4. Two (2) sets of Panties
5. Two (2) Vibrators
6. Apple IPad 64 GB, S/N DLXH83WHDNQV w/ charger & docking station
7. Apple MacBook Pro Laptop, Model # A1286 w/ charger
8. Two (2) Vibrator Boxes
9. Misc. Receipts
10. Western Digital External Hard Drive, S/N WXM1EAG6FT94 w/ Black case and cable; one (1) WD 1.0TB SATA Hard Drive, S/N WCATR9058627; one Black PNY 16GB Thumbdrive; one Red Nintendo 3DS XL, S/N # SW13681 3826 in hard case.
11. Notes from "Madeline".
12. Black Nintendo WII, S/N LU81231183 w/ misc cables.
13. Playstation 4 Device, S/N MB459984982 w/ Black case.

Received By: _____ (Signature)
Received From: John B Willett (Signature)
John B Willett



Sharon Sarchiapone
1230 Poplar Ave
Baltimore, MD 21227



BALTIMORE MD 212

09 FEB 2016 PM 10 L

1:15cr269

The Honorable Marcia A. Crone
District Judge
The Jack Brooks Federal Bldg & US Courthouse
300 Willow Street
Suite 239
Beaumont, TX 77701

77701220064