| DATE: | 3/3/2016 | CASE NO.: | USA V. |
| --- | --- | --- | --- |
| LOCATION: | Beaumont | **1:15CR69-1** | Ian Christian Anderson |
| JUDGE: | Crone | | |
| DEP CLERK: | Patricia Leger | Counsel for Government: | Counsel for Defendant: |
| REPORTER: | Tonya Jackson | Joseph Batte | Douglas Barlow |
| USPO: | Deanna Splawn | | |
| INTERPRETER: | | | |

| SENTENCING HEARING HELD | BEGIN: 2:18 pm ADJOURN: 2:40 pm TOTAL TIME: 22 min. |
| --- | --- |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR - 3 2016
BY DEPUTY

| PRESENTENCE REPORT: ☑ Adopted in Its Entirety | ☐ Objections and Court Ruling ☐ PSR CHANGED AS FOLLOWS: | |
| --- | --- | --- |
| PLEA AGREEMENT: | ☑ ACCEPTED ☐ REJECTED | |
| | ☑ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) UNSEALED pursuant to Local Rule CR-49. | |
| CRIME VICTIMS: | ☐ NONE | Victims Addressed the Court: Minor Victim addressed the court |
| MOTIONS: ☐ None | ☐ Govt's Motion: ☐ GRANTED ☐ DENIED ☐ Dft's Motion: ☐ GRANTED ☐ DENIED ☑ Other: Pro Se Motion #42 granted as to those items not subject to the forfeiture that the FBI feel are save to return. | |
| ALLOCUTION: | ☑ Dft DID allocute ☐ Dft DID NOT allocate | |

## IMPOSITION OF SENTENCE: Indictment

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
| --- | --- | --- | --- | --- | --- |
| 1 | 135 months | | | $3,000 | $100.00 |
| | | | ☐ Interest Waived | ☑ Interest Waived | |

## BOP RECOMMENDATIONS:

| DESIGNATION: FCI Petersburg, Virginia | ☐ Substance Abuse Treatment ☑ Sex Offender Treatment ☐ Other: | ☐ Mental Health Treatment ☐ Financial Responsibility ☐ NONE |
| --- | --- | --- |

## SUPERVISION:

| 10 YEARS SUPERVISED RELEASE | ☑ Mandatory and Special Conditions as set forth in Presentence Report ☐ No Term of Supervision |
| --- | --- |
| Other Conditions | |

| ☑ Dft advised of right to APPEAL & Court Appointed Counsel | REMAINING COUNTS: ☐ NONE ☑ Govt moved to dismiss. Court granted. |
| --- | --- |
| FORFEITURE: Telephone, MacBook Pro, Ipad, and 2 Hard Drives | |

## CUSTODY:

DEFENDANT REMANDED TO UNITED STATES MARSHAL