IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:15-CR-69 |
| | § | Judge Marcia Crone |
| IAN CHRISTIAN ANDERSON | § | |

## FINAL ORDER OF FORFEITURE

On March 3, 2016 this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428.

The United States posted notice of the Court's Preliminary Order of Forfeiture on an official government internet site ( www.forfeiture.gov) for at least 30 consecutive days, beginning March 30, 2016 and ending on April 28, 2016, pursuant to 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case; It appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's Preliminary Order of Forfeiture.

It is ORDERED, ADJUDGED and DECREED:

1.      That the right, title and interest to all of the described property, of the defendant, joint and several liable, is condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

**PERSONAL PROPERTY:**

    (a) An Apple iPhone cellular telephone, model A1586, belonging to the defendant

    (b) An Apple MacBook Pro, model number 1286

    (c) An Apple iPad, 64 gb SN:DLXH83WHDNQV

    (d) A Western Digital external hard drive, SN: WMX1EA0EFT94

    (e) A STA hard drive, SN: WCATR9058627

2. That the forfeited property shall be disposed of by the United States and/or the custodial agency in such a manner as the United States Attorney General may direct.

SIGNED at Beaumont, Texas, this 1st day of June, 2016.

                                           MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE